UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALWIN MANUFACTURING CO.,

    Plaintiff,

v.                                                Case No. 08-C-451

GLOBAL PLASTICS, et al.,

    Defendants.

**ORDER**

Counsel has asked for clarification of this Court's previous ruling. The intent of that ruling was to indicate that the Court would proceed to consider the pending motion for summary judgment but that all other discovery is to be stayed pending the outcome of that motion. Accordingly, it is **ORDERED** that all discovery in this action is **STAYED** pending this Court's decision on the motion for summary judgment.

Dated this   5th   day of February, 2009.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge